IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OREGON

EUGENE DIVISION

CYNTHIA JAN TANI,
Plaintiff,

Case No: 6:13-cv-1904-TC

vs.

COMMISIONER,
SOCIAL SECURITY
ADMINISTRATION,

Defendant.

## ORDER

And now this 10th day of February, it is hereby ORDERED Plaintiff's Petition for Award of Attorney Fees Under the Equal Access to Justice Act (CM/ECF docket document number 26) is GRANTED and an award of $6,937.50 in attorney fees under the Equal Access to Justice Act, is to be paid to Plaintiff but delivered to Plaintiff's attorney.

United States ~~District~~ Magistrate Judge